# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>23ANDME, INC., Customer Data Security Breach Litigation | MDL No. **3098** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing Opposition to Defendants' Motion to Transfer and Consolidation using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered on the CM/ECF system.

Dated January 18, 2024

Respectfully submitted,

*/s/ Sharon J. Zinns*_____

Sharon J. Zinns, Esq.

Zinns Law, LLC

4243 Dunwoody Club Dr.

Suite 104

Atlanta, GA 30350

Phone: (404) 882-9002

Email: sharon@zinnslaw.com

*Attorney for Plaintiffs J.S., J.T., and A.L.*

*J.S. et al v. 23andMe, Inc., et al.*
(Case No. 3:23-cv-05234-EMC)
Northern District of California